IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-702-AP**

**GEORGE C. MEDINA,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## ORDER

**KANE, J. ORDERS**

This matter is before the court on the Verified Response to Order to Show Cause (doc. #6), filed December 19, 2008. Sufficient cause having been show, the Order to Show Cause is DISCHARGED. While the court's docket indicates the defendant has already filed an answer in this case, Plaintiff shall, nonetheless, immediately file his proof of service with the court.

DATED: December 29, 2008

                                                 BY THE COURT:

                                                 *S/John L. Kane*
                                                 JOHN L. KANE, SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT