**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00702-AP

GEORGE C. MEDINA,
  Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

  Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Gregory J. Styduhar<br>125 West B Street<br>Pueblo, CO 81003<br>719-543-9591<br>greg@konciljaandkoncilja.com | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

   **A. Date Complaint Was Filed:** 4/7/08
   **B. Date Complaint Was Served on U.S. Attorney's Office:** 10/16/08
   **C. Date Answer and Administrative Record Were Filed:** 12/15/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate. To the best of his knowledge, Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

   **A. Plaintiffs Opening Brief Due:**      2/12/09
   **B. Defendant's Response Brief Due:**   3/12/09
   **C. Plaintiffs Reply Brief (If Any) Due:** 3/17/09

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   **A. Plaintiffs Statement:** Plaintiff does not request oral argument.
   **B. Defendant's Statement:** Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 6th day of January, 2009.

                                            BY THE COURT:


                                            *S/John L. Kane*
                                            U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Gregory J. Styduhar
Gregory J. Styduhar
125 West B Street
Pueblo, CO 81003
719-543-9591
greg@konciljaandkoncilja.com

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov